```
 1
 2
 3
 4
 5
 6
 7
 8                 IN THE UNITED STATES DISTRICT COURT
 9               FOR THE EASTERN DISTRICT OF CALIFORNIA
10  THE PEOPLE OF THE STATE      )
    OF CALIFORNIA                )    NO. CIV 05-0314 GEB PAN
11                               )
                    Plaintiff,   )    ORDER
12                               )
         v.                      )
13                               )
    EDWARD D. JONES & CO., L.P., )
14  a limited partnership, and   )
    DOES 1 through 1000, inclusive, )
15                               )
                    Defendants.  )
16  _____)
```

On April 28, 2005, the parties filed a "Stipulation for Order Continuing Status Conference and Motion Hearing Dates" ("Stipulation"), which states in pertinent part that "[i]n light of the Court's pending ruling on the Motion to Remand, the parties desire to continue the Status Conference and related dates and the hearing date on Defendant's Motions, pursuant to open dates on the Court's calendar . . . ." (Stipulation at 2.) The parties' request is granted as follows:

        1.   The Status (Pretrial Scheduling) Conference is continued to July 11, 2005, at 9:00 a.m. A joint status report shall be filed no later than June 27, 2005.

2.  The hearing on Defendant's pending motions to dismiss is continued to July 18, 2005, at 9:00 a.m.

IT IS SO ORDERED.

Dated:  April 29, 2005

<pre>
                              /s/ Garland E. Burrell, Jr.
                              GARLAND E. BURRELL, JR.
                              United States District Judge
</pre>